# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | Case No. 20-sw-1210-NYW |
| The premises known and described as Comfort Inn ) | |
| Denver Central 401 East 58th Avenue, Room 903 ) | |
| Denver, Colorado 80216 more fully described in ) | |
| Attachment A, attached hereto. ) | |

## APPLICATION FOR A SEARCH WARRANT

I am a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit located in the State and District of Colorado, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113 | Bank robbery |

The application is based on these facts:

☒ Continued on the attached affidavit, which is incorporated by reference.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/ Donald Peterson*
*Applicant's signature*

Donald Peterson, Special Agent, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **09 Oct 2020**
*Judge's signature*

City and state: Denver, CO                Nina Y. Wang, United States Magistrate Judge
*Printed name and title*

# **ATTACHEMENT A**

## DESCRIPTION OF THE LOCATION TO BE SEARCHED

Room 903 at the Comfort Inn Denver Central location at 401 East 58th Avenue, Denver, Colorado 80216.




# **ATTACHEMENT B**

## DESCRIPTION OF THE ITEMS TO BE SEIZED

1. Indicia demonstrating occupancy of the TARGET LOCATION

2. Documents, including rental receipts, rental agreements, titles, insurance records, receipts, and proof of ownership for the vehicles used in the robberies detailed in this affidavit

3. Items of clothing worn by suspects during the robberies detailed in this affidavit.

4. Information related to bank locations and security measures, including maps, search records, hand-written directions, and other records used to facilitate bank robberies.

5. Robbery notes and writing materials consistent with the bank robbery notes described in this affidavit.

6. US currency consistent with the money taken during the robberies described in this affidavit.

7. Illegal drugs and drug paraphernalia

8. Cellular telephone

9. Safes located with the TARGET LOCATION that may contain any of these Items to be Seized

2

# UNITED STATES DISTRICT COURT
# for the
# District of Colorado

**SEARCH WARRANT FOR THE PREMISES AT:**
**COMFORT INN DENVER CENTRAL**
**401 EAST 58TH AVENUE, ROOM 903**
**DENVER, COLORADO 80216**

### AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

1. Your affiant, Special Agent Donald Peterson, hereby informs the Court that he is a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to the Rocky Mountain Safe Streets Task Force (RMSSTF). Your affiant is responsible for investigating violent crimes in the Denver metropolitan area, including bank and business robberies. Your affiant has been an FBI Special Agent for approximately 15 years and has training and experience in the investigation of violent crimes, including robberies, gang-motivated violence, drug offenses, hate crimes, crimes against children, and civil rights violations. The information contained in this affidavit is based upon information compiled from personal involvement, witness/victim interviews, fellow law enforcement officers, and by reading official police reports.

2. This affidavit is being submitted in support of a search warrant for the premises of The Comfort Inn Denver Central at 401 East 58th Avenue, Room 903, Denver, Colorado 80216 (TARGET LOCATION). Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein. Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that evidence related to a series of bank robberies is currently located inside the

TARGET LOCATION. The bank robberies detailed herein occurred within the District of Colorado and represent violations of Title 18, United States Code, Section 2113.

## INVESTIGATION

3. On September 26, 2020, your affiant and Task Force Officer (TFO) Jared Purdy with the FBI Rocky Mountain Safe Streets Task Force (RMSSTF) responded to the KeyBank located at 14412 Orchard Parkway, Westminster, Adams County, Colorado, on a report of a robbery that occurred at approximately 1122 hours. Upon arrival, TFO Purdy contacted the victim teller, identified as A.S. A.S. stated she was working as a bank teller when the suspect entered the bank wearing a red "western bandana" pulled up to his eyes, a dark gray or faded black baseball hat, possibly sunglasses, a long grey sweatshirt, baggy jeans, dark shoes with white soles and black latex gloves.

4. A.S. described the suspect as a "stocky" and "fat" unknown race male with a "pot belly," approximately 5'6" – 5'8" tall. A.S. greeted the suspect stating, "What can I help you with?" The suspect replied stating he was making a withdrawal. The suspect handed A.S. a note that read, "No dye packs, No Tracers, NO games, Just empty reg and give me some money all of it." A.S. pulled the note closer to her so she could keep it. She pulled a plastic night drop bag out of the recycle bin and filled the bag with cash from her top drawer and included a dye pack. The robber was given $4,586 in U.S. currency under the care and control of Keybank, an FDIC insured bank.

5. As the suspect walked away, A.S. triggered the alarm and locked the door after the suspect left and she felt safe. Through a large north facing window, A.S. saw the suspect get into the passenger side of an older model silver or gray Jeep Grand Cherokee that was backed into a parking space on the north side of the bank. She believed the license plate on the Jeep was 332-XYZ, and she described the plate as a blue Colorado specialty plate with red writing on it. A.S. saw the vehicle flee northbound

through the parking lot.  A.S.  was unable to see the driver of the vehicle.  A.S.  stated the suspect had a calm demeanor and did not mention or indicate in any way that he had a weapon.



KeyBank security provided the following photos of the bank robbery suspect:



6. TFO Purdy was advised the nearby Orchard Town Center mall had surveillance video of the suspect vehicle, a silver Jeep Grand Cherokee traveling through the mall and throwing items out of the vehicle.

3

TFO Purdy was also advised a GPS tracker and loose US currency from the tracker were located and recovered by Orchard Town Center security officers. These items were collected by Westminster Police officers for evidence. TFO Purdy responded to the Orchard Town Center security office and requested all video related to this case.

7. The following photos of the suspect vehicle were obtained from that video and the license plate was determined to be 332-ZYZ, which was determined to be stolen from another Jeep in Northglenn:



8. On September 29, 2020 at approximately 1235 hours, the RMSSTF was notified a possible bank robbery "casing" which occurred approximately ten minutes prior at the TCF Bank located at 2185 East 120th Avenue, Northglenn, Adams County, Colorado. The report stated the suspect, a lone male wearing a blue bandana covering his face, a baseball hat, dark jacket, blue jeans and white shoes, entered the bank and waited in the teller line while the bank tellers assisted other customers. The suspect appeared to talk on the phone then left without speaking to a teller. The suspect was picked up in an adjacent parking lot by a white Dodge Challenger that had no visible license plates. The following photo of the suspect was provided by TCF Bank:



9. TFO Jared Purdy and TFO Michael Kim later responded to the TCF Bank and contacted the on-duty manager, L.V., who confirmed she saw the suspect entering the passenger seat of the white Dodge Challenger (with no license plates) before fleeing the parking lot. TFO Purdy and TFO Kim conducted a canvas of the area and located a surveillance camera at 12165 Claude Court, Apt #101. TFO Purdy later contacted the resident of that apartment and obtained video footage of the white Dodge Challenger traveling northbound on Claude Court away from the TCF Bank:

 

10. At 1239 hours, the RMSSTF was notified a bank robbery which had just occurred at the Bank of the West located at 12080 Colorado Boulevard, Thornton, Adams County, Colorado, a location approximately one and half miles away from the TCF Bank incident. TFO Purdy and TFO Kim

5

responded to the Bank of the West and noted the suspect description matched the description of the suspect from the TCF Bank and the suspect appeared to be wearing black gloves. TFO Purdy contacted the victim teller, A.D., who stated she was working as a teller when the suspect entered the bank. The suspect approached the victim and handed her a note stating, "No dye packs, No tracers, No games, Put all the money in the drawer to me now Thx."



11. The victim stated she had to log on to her computer because she just returned from a break. When she started typing on her computer, the suspect asked her if she "pushed the button." The victim explained to the suspect she needed to log in to open the drawer. The victim gave the suspect the money from her drawer, and the suspect asked for more 100 dollar bills because he only received one along with the other bills. The victim showed the suspect her empty tray and explained she did not have any more 100 dollar bills. It was later determined the suspect stole $1,508 from the bank. The suspect left the bank and fled in a white Dodge car. The following photos of the suspect were provided by Bank of the West.

 

12. On October 2, 2020, at about 1649, the KeyBank at 7198 Federal Boulevard in Westminster, Adams County, Colorado, was robbed by a female robber. The victim teller, E.R., reported the female robber came into the lobby of the bank and waited in line while she completed a transaction with another customer. She called the robber up to her station after completing the other transaction and greeted the robber. The robber handed her a note (pictured below) which stated "Please don't use dye packs, no tracer bills, DON'T PLAY games, Give me all the reg money and the extra pack of $100's under drawer. Please I'm very serious."



7

13. E.R. was afraid and intimidated and complied with the robber's demand, giving her $2,776 in U.S. currency that was under the care and control of KeyBank, an FDIC insured banking institution. The robber took the currency in her hands and fled the bank to a waiting sedan, which was backed into a parking space in the bank parking lot. The robber got into the passenger seat of the sedan, a silver four door sedan, which fled the scene.

14. E.R. described the robber as a white female, in her 40's, with "wavy" shoulder length blond hair, about 5'3" tall, 120 pounds, wearing a short sleeve blue Denver Broncos t-shirt, dark sunglasses, a dark colored mask, and black latex gloves. The following images of the robber were provided by Keybank from the security video surveillance system inside the bank:




15. On October 7, 2020, at about 1200, the Vectra Bank at 4151 East 136th Avenue, in Thornton, Adams County, Colorado, was robbed by a female robber. The victim teller, P.K., reported the robber came into the bank while P.K.was assisting a customer. She said the robber waited, and when the other customer left, P.K.'s phone was ringing and she put the caller on hold. She looked up to call the robber to her station and the robber was already standing in front of her. The robber placed a black bag on the counter and passed a note to P.K. P.K.said she only read the first three lines of the note

(which the female took with her when she fled) and realized she was being robbed. P.K.complied with the robber's demands and gave her $1330 in U.S. currency that was under the care and control of Vectra Bank, an FDIC insured banking institution. The robber fled the bank to a light colored Jeep Cherokee sport utility vehicle which was parked in front of the bank and had no license plates. The Jeep fled out of the shopping center to the east. P.K.described the female robber as a white female, in her late 20's or early 30's, 5'5", 150 pounds, with shoulder length "wavy" hair, and wearing black latex gloves. Vectra Bank provided the below photo of the female robber (who appeared to be the same female who robbed the KeyBank on October 2, 2020) from video surveillance cameras inside the bank:



16. P.K.said the caller placed on hold was an employee from the FirstBank branch located in the same shopping center to report a suspicious female in their bank just prior to the robbery. Surveillance photos from FirstBank revealed the suspicious female was the same person who robbed the Vectra Bank.

17. FirstBank surveillance cameras had captured images (below) of the female inside the bank, fleeing, and getting into a light colored Jeep Cherokee that appeared to be similar to the Jeep Cherokee in which the robber fled the first robbery at the KeyBank at 14412 Orchard Parkway in Westminster on September 26, 2020.

9

 

18. RMSSTF prepared and disseminated a Crimestoppers bulletin regarding the October 2, 2020, bank robbery with photos of the female suspect. On October 7, 2020, an individual with knowledge called Westminster Police and advised that he recognized the female robber and identified her as his biological mother, Cheryl Priest. He said he had seen her that day, and she was wearing a Broncos t-shirt and sunglasses consistent with those shown in the bulletin. He said his brother previously bought a light colored, older model Jeep Cherokee that was parked outside their residence at 14090 Hudson Street in Thornton, Colorado, that did not have license plates. The individual said the Jeep had been moved sometime on October 7, 2020, because it was parked in a different place than it had been earlier in the day, and someone had written "$2000 or best offer" on the rear window.

19. The individual said both Cheryl and his brother, Brandon Schneider, used the address at 14090 Hudson Street as their home address, but Cheryl did not generally stay there. He said his brother may stay there, but he left for work during the day and didn't see his brother a lot. TFO Pyler asked him if he knew anyone with a white Dodge Challenger, and he said "that's them for sure." He told TFO Pyler his mother had rented a white Dodge Challenger from Avis and had been driving it. The individual said his brother, Brandon Schneider was on parole but did not know why.

20. Your affiant looked at known photos of Cheryl Priest (below) and saw that she closely resembled the female robber. Her physical description was consistent with that of the female robber (5'5" tall, 110-130 pounds, blond or brown hair). Your affiant learned Cheryl had an active felony warrant out of Weld County for failure to appear for a hearing on October 6, 2020. The docket number was 2017CR1941, and the original charge was ID theft.



21. Your affiant confirmed Brandon Schneider was on parole until 2022 on a theft charge. He was arrested in Thornton, Colorado, on September 19, 2020, in a stolen car and that case is pending. An arrest warrant for a parole violation is also pending based on that arrest.

22. On October 8, 2020, RMSSTF personnel arrested Brandon Schneider and two others as they exited their vehicle at 14090 Hudson Street, Thornton, Colorado. Surveillance was established at the residence following an attempted bank robbery at the Chase Bank located at 4791 Tower Road, Denver, Colorado. The note used in the attempted robbery contained language and writing consistent with the prior robberies described herein. The female passenger with Brandon

Schneider was positively identified as the suspect in the Chase Bank attempted robbery that occurred a short time prior.

23. Brandon Schneider was interviewed following his arrest. Brandon admitted to being the driver for all the robberies and attempted robberies described in this affidavit. Brandon also admitted to drafting the robbery notes in each of the events. Additionally, Brandon identified his mother, Cheryl Priest, as the suspect in the robberies that occurred on October 2, 2020, and October 7, 2020. Brandon identified five other individuals who participated additional bank robberies as part of this criminal enterprise.

24. On October 9, 2020, RMSSTF personnel located Cheryl Priest at the TARGET LOCATION. Precise location data on a cellular telephone utilized by Priest was used to determine her location. Priest was removed from room 903 and arrested by Thornton Police Department personnel for her involvement in the bank robberies described above. Officers assisted Priest in getting dressed and collecting essential personal items from the room. Officers observed clothing, groceries, toiletries and other items indicating Priest had been living in the room for an extended period of time. Officers also observed a black, keylock safe sitting near the window.

25. On October 9, 2020, your affiant spoke with an employee of the Comfort Inn Denver Central location. The employee knows Cheryl Priest. The employee said Priest works as a bartender at the hotel and has been living at the TARGET LOCATION since September 9, 2020. Although Priest has stayed in multiple rooms, she has been living in room 903 at the TARGET LOCATION since approximately September 9, 2020. The employee has been in room 903 on several occasions. The employee said there are a lot of clothes, drug paraphernalia, and other personal items in the room.

## **CONCLUSION**

Based on the information provided herein, your affiant believes probable cause exists to show that evidence of multiple bank robberies is currently located inside the TARGET LOCATION. Your affiant believes probable cause exists to show Cheryl Priest has been involved in at least two bank robberies and that items of evidence, such as clothing, US currency, notes, and writing materials, are likely to be inside the TARGET LOCATION.

The foregoing is true and correct to the best of my knowledge, information, and belief.

*s/ Donald Peterson*
Special Agent, Federal Bureau of Investigation

Sworn to before me this  9th   day of  October , 2020.

United States Magistrate Judge

**Affidavit reviewed and submitted by Brian Dunn, Assistant United States Attorney.**